**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

ISAC MESA, *individually and on behalf of others*
*similarly situated,*

Plaintiffs,

-against-

HANOVER VENTURES MARKETPLACE
LLC (D/B/A LE DISTRICT), HPH HOSPITALITY
(D/B/A LE DISTRICT), PETER POULAKAKOS
and PAUL LAMAS,

*Defendants.*

-----------------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:  5/21/26 |

Civil Action No. 1:25-cv-04144-MKV

~~[Proposed Form Of]~~
**JUDGMENT**

## JUDGMENT

On May 6, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to

Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, ISAC MESA, has judgment against HANOVER VENTURES

MARKETPLACE LLC (D/B/A LE DISTRICT), and HPH HOSPITALITY (D/B/A LE

DISTRICT), jointly and severally, in the amount of Fifteen Thousand Dollars and Zero Cents

($15,000.00), which is inclusive of attorneys' fees and costs.

Dated: New York, NY
        May 6, 2026

_____  May 21, 2026
HON. MARY KAY VYSKOCIL
U.S. DISTRICT JUDGE